# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>                      Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFFS OFFICE, et al.,<br><br>                      Defendant(s). | Case No. 2:12-cv-00210-GMN-PAL<br><br>**ORDER**<br><br>(Mot for Access to Books - Dkt. #19)<br>(Mot to Withdraw Mot - Dkt. #21) |

Before the court is Plaintiff's Motion for Nye County Detention Center - Tonopah to Provide Access to State and Federal Law Reporters (Dkt. #19) filed August 14, 2012. Shortly after the motion was filed, Plaintiff filed a Motion to Withdraw the Motion (Dkt. #21), indicating he and counsel for Defendants had informally resolved the problem. Counsel for Defendants has not filed a response to either motion and the time for filing a response has now run. The parties are commended for their efforts to resolve this matter without the court's intervention. For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw the Motion for Nye County Detention Center - Tonopah to Provide Access to State and Federal Law Reporters (Dkt. #21) is **GRANTED**, and that Plaintiff's Motion for Nye County Detention Center - Tonopah to Provide Access to State and Federal Law Reporters (Dkt. #19) is **WITHDRAWN.**

Dated this 13th day of September, 2012.

Peggy A. Leen
United States Magistrate Judge